IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREIS TRUCKING & EXCAVATING, INC., and FEDERATED MUTUAL INSURANCE COMPANY,**<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>    **Defendant.** | **8:12CV3160**<br><br>**ORDER** |

This matter is before the court on the parties' Joint Motion to Continue Trial and Discovery (Filing No. 53). The parties request a stay of the progression order as the parties are currently working on scheduling a mediation. Upon consideration,

**IT IS ORDERED**:

1. The Joint Motion to Continue Trial and Discovery (Filing No. 53) is granted as set forth below.

2. Except as may be otherwise agreed by the parties and counsel, this case is stayed to permit the parties to mediate this matter.

3. The Order Setting Final Schedule for Progression of Case (Filing No. 52) is termed. The deadlines will be rescheduled, if necessary, following mediation. The parties shall confer with the court in a telephone conference on **August 1, 2014, at 10:00 a.m.**, or file a report on the status of the mediation and whether the case has been settled, whichever is first. Plaintiffs' counsel shall initiate the conference with the undersigned magistrate judge and participating counsel.

Dated this 7th day of April, 2014.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge