# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREIS TRUCKING & EXCAVATING, INC., et al.,** | |
| Plaintiffs, | **8:12CV3160** |
| vs. | **ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** | |
| Defendant. | |

Upon notice of settlement given to the magistrate judge on July 29, 2014, by counsel for the plaintiffs,

**IT IS ORDERED** that:

1. On or before **August 15, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The telephone conference previously scheduled for August 1, 2014, is cancelled upon the representation that this case is settled.

Dated this 29th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge